## ORDER OF CALANTHE v. ARMSTRONG.

(Decided November 11, 1915.)

APPEAL from Mobile Circuit Court.

Heard before Hon. S. B. BROWNE.

C. B. POWELL, for appellant.  TOMPKINS & KIRKPATRICK, for appellee.

PER CURIAM.—Appeal dismissed for want of prosecution.

---

## PACK v. THE STATE.

(Decided February 1, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WM. E. FORT.

No counsel marked for appellant.  W. L. MARTIN, Attorney General, for the State.

THOMAS, J.—No bill of exceptions, no error of record. Affirmed.

---

## PARENTS' CONFERENCE, AND OLD FOLKS & ORPHANS' HOME OF ANNISTON v. PARENTS' CONFERENCE.

(Decided January 11, 1916.)

APPEAL from Anniston City Court.

Heard before Hon. THOMAS W. COLEMAN, JR.

No counsel marked for either party.

PER CURIAM.—Appeal dismissed by agreement.

---

## PAYNE FIREPROOFING CO. v. GRIMES.

(Decided November 25, 1916.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. C. B. SMITH.

ROBERT THACH, for appellant.  HOWARD, SINNOTT & KEENE, for appellee.

PER CURIAM.—Dismissed for want of prosecution.